## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25CR0731-AGS |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 18, U.S.C., Sec. 371 and Title 31, U.S.C., Sec. 5332(a) – Conspiracy to Engage in Bulk Cash Smuggling (Felony) |
| RUBEN ARTURO BARRAGAN ALONZO, | |
| Defendant. | |

The United States Attorney charges:

Beginning on a date unknown and continuing up to and including February 13, 2025, within the Southern District of California and elsewhere, defendant, RUBEN ARTURO BARRAGAN ALONZO, did knowingly and intentionally conspire with other persons known and unknown to commit an offense against the United States, to wit: concealing more than $10,000 in currency and other monetary instruments in his vehicle and transporting and transferring such currency and monetary instruments from the United States into Mexico with the intent to evade a currency reporting requirement and one of the conspirators committed an overt act to effect the object of the conspiracy; all in violation of Title

LCS:sd:3/4/2025

18, United States Code, Section 371 and Title 31, United States Code, Section 5332(a).

DATED: 3/5/2025            .

ANDREW R. HADEN
Acting United States Attorney

LAURA C. SAMBATARO
Assistant U.S. Attorney